## Commonwealth ex rel. Adams, Appellant, *v.* Banmiller.

Submitted November 19, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Woodie Adams,* appellant, in propria persona.

*Ernest L. Green,* Assistant District Attorney, and *J. Harold Hughes,* First Assistant District Attorney, and *Raymond R. Start,* District Attorney, for appellee.

OPINION PER CURIAM, January 6, 1958:

The order dismissing the appellant's petition for a writ of habeas corpus is affirmed on the opinion of Judge TOAL for the court below, which fully and satis-

factorily answers the reasons advanced by the appellant in support of his petition.

Order affirmed.